AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

| UNITED STATES OF AMERICA<br>V.<br><br>MARK HUNTER | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2005-MJ-0488-RBC-1 | 1:01-CR-854-1-TWT |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)  PETITION

charging a violation of           U.S.C. §                    PROBATION VIOLATION

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF GEORGIA

**DESCRIPTION OF CHARGES:**

VIOLATION OF CONDITIONS OF PROBATION

**CURRENT BOND STATUS:**
☐ Bail fixed at                and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Defendant agreed to voluntary detention in District of MA and requested removal to GA.

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | X No | ☐ Yes | Language: | |
|---|---|---|---|---|

**DISTRICT OF** NORTHERN DISTRICT OF GEORGIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

9/20/2005
Date

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |