UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. 2005-mJ-048 -RBC |
| ) | |
| MARK HUNTER, ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Francis P. Dawson, Deputy United States Marshal of the United States Marshals Serv ,

do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge

the District of Massachusetts, that upon knowledge coming to me in connection with my offi

duties and as part of the official records of my office, I am advised that there is presently outstand

a warrant of arrest for one Mark Hunter on a petition for probation violation filed in the North

District of Georgia charging the defendant with probation violations in that he violated state la

traveled outside the Northern District of Georgia without permission of the probation officer, a

failed to submit written monthly reports as required for the months of March through August 20

and October 2004, and I do hereby make oath that this warrant of arrest is outstanding in said Distr

on the basis of the information set out above. A copy of said warrant is attached.

FRANCIS P. DAWSON
Deputy United States Marsh
Unites States Marshals Service

Subscribed and sworn to before me this 20th day of September, 2005)

ROBERT B. COLLINGS
United States Magistrate Judg

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Mark Hunter

Case Number: 1:01-CR-8    1-TWT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mark Hunter and bring him forthwith to the nearest ȝistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Probation Violation Petition

charging him with:

Receiving Stolen Property over $250, Conspiracy, and other technical probation violations in violatio    f Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_Thomas W. Thrash_          _11/30/04_                              lanta
Honorable Thomas W. Thrash, Jr.       Date                      I   ation
U. S. District Court Judge

Bail fixed at $_____ By _____
                                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

PROB 12
(Rev. 3/98)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA



U. S. A. vs. Mark Hunter                                     Docket No. 1:01-CR-854-1- T

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY PROBATION SHOULD NOT BE REVOKED

COMES NOW Robyn W. Smith PROBATION OFFICER OF THE COURT presenting an official re   t
upon the conduct and attitude of Mark Hunter who was placed on supervision for the offense of Possession of S    
Mail, 18 U.S.C. §§ 1708 and 2, by the Honorable Charles R. Butler, Jr. sitting in the court at Mobile, Alab
on the 1st day of February, 2001 who fixed the period of supervision at 60 months, and imposed the general t
and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**Jurisdiction transferred to the Northern District of Georgia on January 10, 2002.**

Special Assessment $100; $3,694.17 restitution [paid].

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the Un
States Probation Officer and if able, contribute to the cost of services for such treatment [completed].

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documer
at the request of the United States Probation Officer.

The defendant shall not incur new credit charges, open additional lines of credit, or make major purchases witho
the approval of the probation officer and unless the defendant is in compliance with the installment payment schedu

The defendant shall participate in the electronic monitoring home confinement detention program for a period n
to exceed 180 days [completed].

ATTEST: A
CE

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

By:

**Violation of State Law:** On October 19, 2004, the defendant committed the offenses of Receiving Stolen Property
over $250 and Conspiracy in Woburn, Massachusetts.

**Travel Outside District:** On or about October 19, 2004, the defendant traveled outside the Northen District of
Georgia without permission from the probation officer.

**Failure to Submit Monthly Supervision Report:** The defendant failed to submit written monthly reports in a timely
manner for the months March - August 2004. He failed to submit a report for the month of October 2004.

PRAYING THAT THE COURT WILL ORDER a warrant issued for Mark Hunter and that he be brought b㇐ to before the Court at Atlanta, Georgia, to show cause why Probation heretofore entered should not be revoked

|  |  |
|---|---|
| ORDER OF THE COURT | Respectfully, |
| Considered and ordered this __30__ day of __November__, __2004__ | _/s/ Robyn W. Smith_<br>Robyn W. Smith<br>Sr. U.S. Probation Officer |
| and ordered filed and made a part of the records in the above case. | Place: Atlanta, Georgia<br>Date: November 23, 2004 |
| _/s/ Thomas W. Thrash_<br>Honorable Thomas W. Thrash, Jr.<br>U.S. District Court Judge | _/s/ Thomas W. Bishop_  11/23/04<br>Thomas W. Bishop<br>Supervising U.S. Probation Officer |