# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                    CRIMINAL NO. 2005-MJ-0488-RBC-1

MARK HUNTER,
      Defendant.

## APPOINTMENT OF FEDERAL DEFENDER

COLLINGS, U.S.M.J.

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of September 20, 2005 to represent said defendant in this cause until further order of the Court.

By the Court,

/s/ Noreen A. Russo
NOREEN A. RUSSO
Deputy Clerk

Date: September 20, 2005